# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re                   Case No. 14–12489
                      Chapter 13

Linda Kay Johnson

   Debtor

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, Federal Courthouse, 100 W. Troy Street, Dothan, AL 36303

on March 4, 2015 at 10:00 AM

to consider and act upon the following:

*16* – Rule 9007 Motion/Notice/Objection: Motion to Assume Lease or Executory Contract filed by Collier H. Espy Jr. on behalf of Linda Kay Johnson. Responses due by 02/17/2015. (Espy, Collier)

*17* – Opposition Response to Debtor's Motion To Assume Executory Contract filed by William R. Fletcher III on behalf of Bobbie J Snell (RE: related document(s)16 Rule 9007−1 Motion/Notice/Objection filed by Debtor Linda Kay Johnson). (Fletcher, William)

Dated: January 22, 2015

                      */s/ Juan-Carl Guerrero*

                      Juan−Carlos Guerrero
                      Clerk, U.S. Bankruptcy Court