# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re                                                                                                Case No. 14−12489
Linda Kay Johnson                                                           Chapter 13

    Debtor

## NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, Federal Courthouse, 100 W. Troy Street, Dothan, AL 36303

on March 4, 2015 at 10:00 AM

to consider and act upon the following:

*16* − Rule 9007 Motion/Notice/Objection: Motion to Assume Lease or Executory Contract filed by Collier H. Espy Jr. on behalf of Linda Kay Johnson. Responses due by 02/17/2015. (Espy, Collier)

*17* − Opposition Response to Debtor's Motion To Assume Executory Contract filed by William R. Fletcher III on behalf of Bobbie J Snell (RE: related document(s)16 Rule 9007−1 Motion/Notice/Objection filed by Debtor Linda Kay Johnson). (Fletcher, William)

Dated: January 22, 2015

                                                    Juan−Carlos Guerrero
                                                    Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
Middle District of Alabama

In re:                                                                    Case No. 14-12489-WRS
Linda Kay Johnson                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 1127-1        User: blivingst         Page 1 of 1            Date Rcvd: Jan 22, 2015
                            Form ID: ntchrgBK       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2015.
db            Linda Kay Johnson,    PO Box 404,    Pinckard, AL   36371-0404

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2015                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2015 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Collier H. Espy, Jr.    on behalf of Debtor Linda Kay Johnson kc@espymetcalf.com
              Curtis C. Reding    trustees_office@ch13mdal.com
              William R. Fletcher, III    on behalf of Interested Party Bobbie J Snell admin@fletcherlawfirm.us
                                                                                               TOTAL: 4