**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re                                                          Case No. 14-12489-WRS
                                                              Chapter 13
LINDA KAY JOHNSON,

        Debtor

## ORDER SETTING EVIDENTIARY HEARING

An evidentiary hearing on the Bobbie J. Snell motion for relief from stay (Doc.12)

will be held at the United States Bankruptcy Court, Dothan, Alabama, on **Wednesday, April 1,**

**2015, at 11:30 a.m.**

Parties shall exchange documents pertinent to this hearing no later than March 16,

2015.

Done this 28th day of January, 2015.

/s/ William R. Sawyer
United States Bankruptcy Judge

c: Collier H. Espy Jr., Attorney for Debtor
   William R. Fletcher III, Attorney for Creditor
   Curtis C. Reding, Trustee