UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                           Case No. 14-12489-WRS
                                                             Chapter 13
LINDA KAY JOHNSON,

         Debtor

**ORDER SETTING EVIDENTIARY HEARING**

An evidentiary hearing on the Bobbie J. Snell motion for relief from stay (Doc.12) will be held at the United States Bankruptcy Court, Dothan, Alabama, on **Wednesday, April 1, 2015, at 11:30 a.m.**

Parties shall exchange documents pertinent to this hearing no later than March 16, 2015.

Done this 28th day of January, 2015.

                                                        /s/ William R. Sawyer
                                                        United States Bankruptcy Judge

c: Collier H. Espy Jr., Attorney for Debtor
   William R. Fletcher III, Attorney for Creditor
   Curtis C. Reding, Trustee

United States Bankruptcy Court
Middle District of Alabama

In re:  
Linda Kay Johnson  
    Debtor

Case No. 14-12489-WRS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1127-1     User: ewalker     Page 1 of 1     Date Rcvd: Jan 28, 2015  
                 Form ID: pdfSOME    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2015.
```
db          Linda Kay Johnson,    PO Box 404,    Pinckard, AL  36371-0404
intp        Bobbie J Snell,    4326 S Brannon Stand Road,    Dothan, AL  36305-9183
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2015                Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2015 at the address(es) listed below:
```
            Bankruptcy Administrator    ba@almb.uscourts.gov
            Collier H. Espy, Jr.    on behalf of Debtor Linda Kay Johnson kc@espymetcalf.com
            Curtis C. Reding    trustees_office@ch13mdal.com
            William R. Fletcher, III    on behalf of Interested Party Bobbie J Snell admin@fletcherlawfirm.us
                                                                                        TOTAL: 4
```