UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                     Case No. 14-12489-WRS
                                          Chapter 13
LINDA KAY JOHNSON,

        Debtor

### ORDER GRANTING MOTION TO CONTINUE

As announced from the bench on April 1, 2015, the following matters are continued to **Wednesday, May 6, 2015, at 11:30 a.m.,** at the United States Bankruptcy Court, Dothan, Alabama:

1. (Doc. 12) Bobbie J. Snell motion for relief from stay;

2. (Doc. 16) Debtor's motion to assume lease or executory contract;

3. (Doc. 17) Bobbie J. Snell response to the motion to assume lease or executory contract.

Done this 3rd day of April, 2015.

*/s/ William R. Sawyer*

United States Bankruptcy Judge

c: Collier H. Espy Jr., Attorney for Debtor
   William R. Fletcher III, Attorney for Snell
   Curtis C. Reding, Trustee

```
                          United States Bankruptcy Court
                            Middle District of Alabama
In re:                                                          Case No. 14-12489-WRS
Linda Kay Johnson                                               Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
```

District/off: 1127-1          User: jingram           Page 1 of 1              Date Rcvd: Apr 03, 2015
                              Form ID: pdfSOME        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2015.
db            Linda Kay Johnson,    PO Box 404,    Pinckard, AL 36371-0404
intp          Bobbie J Snell,    4326 S Brannon Stand Road,    Dothan, AL 36305-9183

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2015                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2015 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Collier H. Espy, Jr.   on behalf of Debtor Linda Kay Johnson kc@espymetcalf.com
              Curtis C. Reding    trustees_office@ch13mdal.com
              William R. Fletcher, III   on behalf of Interested Party Bobbie J Snell admin@fletcherlawfirm.us
                                                                                             TOTAL: 4