IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| In Re: | * | |
| LINDA K. JOHNSON, | * | Chapter 13 Case No. 14-12489 |
| *Debtor.* | * | |

## NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY

COMES NOW, the undersigned attorney for the Movant and states, based upon negotiations with the Debtor through her attorney, and the terms appearing satisfactory to both parties, that all conditions precedent to execution of the settlement agreement having been performed, and such settlement rendering moot the above referenced Motion, (Doc. No. 12), the Movant, through undersigned Counsel, gives notice of the withdrawal of the Motion For Relief From Stay (Doc. No. 12) without prejudice.

Respectfully submitted this 1st day of May, 2015.

/s/ William R. Fletcher, III
William R. Fletcher, III (FLE035)
*Attorney for Bobbie J. Snell*

## CERTIFICATE OF SERVICE

I, William R. Fletcher, III, hereby certify that I have served a copy of the above and foregoing via electronic case management/filing upon the following:

| | | |
|---|---|---|
| Mr. Collier H. Espy, Jr., | Mr. Curtis C. Reding | Ms. Teresa R. Jacobs |
| Attorney for the Debtor | Chapter 13 Trustee | Bankruptcy Administrator |
| P.O. Drawer 6504 | Post Office Box 173 | One Church Street |
| Dothan, AL 36302-6504 | Montgomery, AL 36101 | Suite F5 |
| | | Montgomery, AL 36104 |

On this the 1st day of May, 2015.

/s/ William R. Fletcher, III
William R. Fletcher, III

PAGE 1 OF 1